SEALED

United States District Court

District of Nevada

| United States of America, | Case No. 2:12-cr-294-GMN-GWF |
| Plaintiff, | |
| | **Sealed Motion to** |
| v. | **Unseal Search Warrants** |
| | |
| John Sinagra, | |
| Defendant. | |

Based on the pending motion of the United States and good cause appearing therefore,

**IT IS HEREBY ORDERED** that motion is GRANTED, and that the search warrants and the affidavits in support in the below-captioned matters shall be unsealed.

| **Case Number** | **Caption** |
|---|---|
| 2:11-mj-00055-PAL | In the matter of the search of information associated with: mjohnson444@yahoo.com that is stored at premises controlled by Yahoo! Inc. |
| 2:11-mj-00109-PAL | In the matter of the search of information associated with: ssteelgrave@yahoo.com that is stored at premises controlled by Yahoo! Inc. |
| 2:11-mj-286-GWF | In the matter of the search of 4709 Delicate Arch Court, North Las Vegas, Nevada |
| 2:11-mj-303-PAL | In the matter of the search of 3695 S. Highland Dr., Suites 10, 11, 12, and 13, Las Vegas, NV |

Dated this 19 day of September, 2012.

_____
United States Magistrate Judge